**THOMPSON & COLEGATE LLP**
3610 Fourteenth Street
P. O. Box 1299
Riverside, California 92502
Tel: (951) 682-5550
Fax: (951) 781-4012

JS-6

JOHN A. BOYD (SBN 089394)
jboyd@tclaw.net
JENNIFER R. WONG (SBN 253755)
jwong@tclaw.net

Attorneys for Defendant, IRVINE PIPELINE COMPANY, INC.
(erroneously sued as IRVINE PIPELINE CO., INC.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE FARROW, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>IRVINE PIPELINE CO., INC., a California Corporation,<br><br>    Defendant. | CASE NO. EDCV13-224 VAP (SPx)<br><br>JUDGE:   Hon. Virginia A. Phillips<br>(Discovery Magistrate: Sheri Pym)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION**<br><br>TRIAL DATE:   Not yet assigned.<br>ACTION FILED:  February 4, 2013 |

    Pursuant to the Stipulation of the parties filed on June 3, 2013, and good cause therefore appearing, IT IS HEREBY ORDERED as follows:

    1.    Defendant shall submit to an audit by Plaintiffs relative to the matters alleged in the Complaint;

    2.    Defendant has made no admission of liability and has reserved any and all of its defenses;

    3.    This entire action is dismissed without prejudice as of July 9, 2013, which is two weeks after Plaintiffs' scheduled audit on June 25, 2013;

4. The Scheduling Conference presently set for June 10, 2013 is vacated though a holding date is now set for July 15, 2013; and

5. Each party shall bear its own attorney fees and costs incurred in connection with this action.

Dated: June 6, 2013            *Virginia A. Phillips*

HONORABLE VIRGINIA A. PHILLIPS,
U.S. DISTRICT COURT JUDGE

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) June 3, 2013, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

Attorney for Plaintiff:  Peter William Cavette        erisaatty18@verizon.net
Attorney for Defendant: John Almon Boyd          Fednotice@tclaw.net
Attorney for Defendant:  Jennifer Raquel Wong  jwong@tclaw.net

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page